1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3
   Annie Aboulian (SBN 280693)
4  annie@donigerlawfirm.com
5  DONIGER / BURROUGHS APC
   300 Corporate Pointe, Suite 355
6  Culver City, California 90230
   Telephone: (310) 590-1820
7  Facsimile:  (310) 417-3538
8
9  Attorneys for Plaintiff

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  SUSAN NICHOLSON HOFHEINZ, an          Case No.: CV12-09310 ABC (JEMx)
    Individual,                           *Honorable Audrey B. Collins Presiding*
14

15  Plaintiff,                            **PLAINTIFF'S NOTICE OF**
                                          **DISMISSAL PURSUANT TO FED.**
16            v.                          **R. CIV. P. § 41**

17

18  EVERETT COLLECTION, INC.; *et al*.,

19  Defendants.

20

21

22

23

24

25

26

27

28                                  1

PLAINTIFF'S NOTICE OF DISMISSAL

1

2       TO THE HONORABLE COURT, ALL PARTIES, AND THEIR

3   ATTORNEYS OF RECORD:

4       PLEASE TAKE NOTICE THAT Plaintiff Susan Nicholson Hofheinz hereby

5   dismisses, without prejudice, the following defendants from this action pursuant to

6   Fed. R. Civ. P. 41(a)(1)(A)(i):

7       • EVERETT COLLECTION, INC., a New York Corporation, individually

8         and doing business as "WWW.EVERETTCOLLECTION.COM"; and

9       • THE GRANGER COLLECTION, LTD., a New York Corporation,

10        individually and doing business as "GRANGER ART ON DEMAND."

11                                              Respectfully submitted,

12                                              DONIGER / BURROUGHS

13
    Date: January 11, 2013          By:    /s/ Scott A. Burroughs
14                                          Scott A. Burroughs, Esq.
                                            Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2