Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT COLLECTION, INC.; *et al.*,<br><br>Defendants. | Case No.: CV12-09310 ABC (JEMx)<br>*Honorable Audrey B. Collins Presiding*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. § 41** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Susan Nicholson Hofheinz hereby dismisses, without prejudice, the following defendant from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

- PUNT DOG POSTERS, a business entity of form unknown, individually and doing business as "WWW.PUNTDOGPOSTERS.COM"

Respectfully submitted,

DONIGER / BURROUGHS

Date: July 28, 2014          By:     /s/ Scott A. Burroughs
                                     Scott A. Burroughs, Esq.
                                     Attorneys for Plaintiff

2

PLAINTIFF'S NOTICE OF DISMISSAL